**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL T. COLEMAN, | No. 07-72259 |
| Petitioner, | Agency No. A036-459-449 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Department of Homeland Security

Submitted February 16, 2010 [**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Paul T. Coleman, a native and citizen of Belize, petitions for review of the

Department of Homeland Security's order reinstating his 1994 deportation order

under 8 U.S.C. § 1231(a)(5).  We have jurisdiction under 8 U.S.C. § 1252.  We

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

IH/Research

review de novo due process claims and questions of law, *Garcia de Rincon v. Dep't of Homeland Sec.*, 539 F.3d 1133, 1136 (9th Cir. 2008), and we deny the petition for review.

Because Coleman failed to demonstrate a gross miscarriage of justice in his initial deportation proceeding, he may not at this point collaterally attack his 1994 deportation order. *See id.* at 1137-38 (while a petitioner is generally prevented from collaterally attacking an underlying removal order on constitutional due process grounds, 8 U.S.C. § 1252(a)(2)(D) permits some measure of review if the petitioner can demonstrate a "gross miscarriage of justice" in the prior proceedings).

**PETITION FOR REVIEW DENIED.**